STATE of Missouri, Respondent,

v.

Raymond YOUNG, Defendant/Appellant.

Raymond YOUNG, Defendant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67797, 70285.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 20, 1997.

STATE of Missouri, Respondent,

v.

Ervin COSTELLO, Appellant.

Ervin COSTELLO, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67733, 70474.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 20, 1997.

Susan McGraugh, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from his jury conviction of three counts of rape in violation of § 566.030 RSMo 1994, three counts of sodomy in violation of § 566.060 RSMo 1994, one count of sexual assault in violation of 566.040 RSMo 1994, and one count of child abuse, in violation of § 569.060 RSMo 1994. Defendant also appeals from the denial of his Rule 29.15 motion for post-conviction relief. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rules 84.16(b) and 30.25(b).